UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONALD FRANK OLIVER**                                              **CIVIL ACTION**

**VERSUS**                                                                      **NO. 14-0038**

**DEPUTY CASHMORER, ET AL.**                                  **SECTION "F"(1)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 23rd day of April, 2014.

_____
**UNITED STATES DISTRICT JUDGE**